Ann Hawkins, defendant in error, v. Edgar McClun, plaintiff in error. Gen. No. 36,489.

Opinion filed June 12, 1933.

John A. Bloomingston, for plaintiff in error; Roy S. Gaskill, of counsel. Joseph D. Ryan, for defendant in error.

Mr. Justice O'Connor delivered the opinion of the court.

Warren Herrick, appellee, v. Theodore Dickinson, appellant. Gen. No. 36,568.

Opinion filed June 12, 1933. Rehearing denied June 26, 1933.

Zane, Morse, Zimmerman & Norman, for appellant. Peden, Melaniphy, Ryan & Andreas, for appellee; John C. Melaniphy, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

Charles Humber, appellee, v. Joseph Schoen, appellant. Gen. No. 36,615.

Opinion filed June 12, 1933.

Hamer & Campbell, for appellant; Chester D. Kern, of counsel. Charles G. Palmer, for appellee; Clyde C. Fisher, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

George H. Adamson, appellant, v. Gaertner Scientific Corporation, appellee. Gen. No. 36,718.

Opinion filed June 12, 1933. Rehearing denied June 26, 1933.

Goldman, Allshouse & Healy, for appellant; M. M. Loman and Robert G. Dreffein, of counsel. Clarence A. Toolen, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.